DANIEL G. BOGDEN
United States Attorney
PHILLIP N. SMITH, JR.
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada  89101
(702) 388-6336

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:15-cr-133-LRH-PAL |
| Plaintiff, ) | |
| v. ) | |
| JOSHUA STEPHEN DOTY, ) | |
| Defendant. ) | |

**STIPULATION FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Phillip N. Smith, Jr., Assistant United States Attorney, counsel for the United States of America, and Rachel M. Korenblat, Assistant Federal Public Defender, counsel for Defendant JOSHUA STEPHEN DOTY, that the date for the Government to file a response to the Defendant's Motion to Dismiss the Indictment and to Dismiss Count Two of the Indictment as Multipicitous (Docket #18) be extended for four (4) days.

This stipulation is entered for the following reasons:

1. The Defendant's Motion was filed and served on September 16, 2015.  The Government's response deadline is October 19, 2015.

2. Since the filing of the previous stipulation, the counsel for the undersigned has been dealing with an uptick in the press of business, necessitating more time for the Government

to prepare a response to the Defendant's Motion. Undersigned counsel for the Government respectfully requests more time to research the issues raised in the Defendant's Motion.

3. The Defendant is not incarcerated, and he does not object to the continuance of the Government's response deadline.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow the Government to have adequate time to prepare an appropriate response to the Defendant's Motion.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. This is the second stipulation filed herein to continue the Government's response deadline.

DATED: October 19, 2015.

/s/  
PHILLIP N. SMITH, JR.  
Assistant United States Attorney  
Counsel for the United States

/s/  
RACHEL M. KORENBLAT  
Assistant Federal Public Defender  
Counsel for Defendant JOSHUA STEPHEN DOTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **2:15-cr-133-LRH-PAL** |
| Plaintiff, ) | |
| v. ) | |
| JOSHUA STEPHEN DOTY, ) | |
| Defendant. ) | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The Defendant's Motion was filed and served on September 16, 2015. The Government's response deadline is October 19, 2015.

2. Since the filing of the previous stipulation, the counsel for the undersigned has been dealing with an uptick in the press of business, necessitating more time for the Government to prepare a response to the Defendant's Motion. Undersigned counsel for the Government respectfully requests more time to research the issues raised in the Defendant's Motion.

3. The Defendant is not incarcerated, and he does not object to the continuance of the Government's response deadline.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow the Government to have adequate time to prepare an appropriate response to the Defendant's Motion.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. This is the second stipulation filed herein to continue the Government's response deadline.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the motion response deadline.

## CONCLUSIONS OF LAW

The additional time requested herein is not sought for purposes of delay, but merely to allow the parties sufficient time to allow the Government adequate time to prepare a response to the Defendant's Motion to Dismiss, taking into account due diligence. The failure to grant said continuance would likely result in a miscarriage of justice.

## ORDER

IT IS THEREFORE ORDERED, that the previously-scheduled response deadline for the Government to respond to the Defendant's Motion to Dismiss (Docket #18) is extended until __October 23_____, 2015.

_____
UNITED STATES MAGISTRATE JUDGE