UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00133-LRH-PAL |
| Plaintiff, | MINUTE ORDER |
| v. | March 10, 2016 |
| JOSHUA DOTY, | |
| Defendant. | |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:  ___NONE APPEARING___        REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  _____NONE APPEARING

COUNSEL FOR DEFENDANT(S):  _____NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

Before the court is the parties' Stipulation to Continue Objections to the Magistrate Judge's Report and Recommendation (ECF No. 34) in which the parties request an extension of time by which to file any objections to the Magistrate Judge's Report and Recommendation ECF No. 33 of at least thirty (30) days.  Good cause appearing,

IT IS HEREBY ORDERED that the parties' Stipulation to Continue Objections to the Magistrate Judge's Report and Recommendation (ECF No. 34) is GRANTED.  The Court will grant an extension of forty-five (45) days to file the objections, which are currently due by March 18, 2016.  Any objections shall be filed on or before Monday, May 2, 2016.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:  _____/s/_____

Deputy Clerk